## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____
                                                    )
RITA CHISHOLM,                                      )
                                                    )
        Plaintiff,                         )
                                                    )
        v.                                 )      Civil Action No.  06-2174 (RBW)
                                                    )
SUPERIOR COURT OF THE                               )
DISTRICT OF COLUMBIA, *et. al.*,                    )
                                                    )
        Defendants.                        )
_____             )


### ORDER

In accordance with the Court's rulings in its Memorandum Opinion filed contemporaneously herewith, it is hereby

**ORDERED** that the defendant Ann Wicks's  motion to dismiss is **GRANTED** in part and **DENIED** in part.  Accordingly, defendant Wicks's uncontested Rule 12(b)(6) motion to dismiss as to the plaintiff's demand for monetary damages is **GRANTED** and her motion as to the plaintiff's demand for equitable relief is **DENIED** without prejudice.  It is further

**ORDERED** that the plaintiff shall join any additional parties or otherwise amend the complaint by July 2, 2007.


        **SO ORDERED** on this 4th day of June, 2007.


                              /s/_____
                              REGGIE B. WALTON
                              United States District Court Judge