UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
RITA CHISHOLM,                             )
                                           )
       Plaintiff,                         )
                                           )
  v.                                       )    Civil Action No. 06-2174 (RBW)
                                           )
SUPERIOR COURT OF THE                      )
DISTRICT OF COLUMBIA, *et. al.*,           )
                                           )
       Defendants.                        )
_____  )

**SCHEDULING ORDER**

The parties appeared before the Court on June 4, 2007, for an initial scheduling conference. Based upon the discussions at this hearing, it is on this 4th day of June, 2007, hereby

**ORDERED** that

1. This case shall be placed on the standard track.

2. The parties shall join any additional parties or amend the complaint by July 2, 2007.

3. The parties have waived initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1).

4. The proponent shall serve any expert witness reports pursuant to Rule 26(a)(2) by October 5, 2007, and the opponent shall serve any expert witness reports pursuant to Rule 26(a)(2) by November 2, 2007.

5. Discovery shall be concluded by December 7, 2007.

6. A status conference shall be held on December 10, 2007 at 9:00 a.m. in courtroom 16 at the E. Barrett Prettyman United States Courthouse, 333 Constitution Avenue, N.W., Washington, D.C. 20001.

**SO ORDERED.**

/s/_____
REGGIE B. WALTON
United States District Judge