## UNITED STATES FEDERAL DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| | : | |
| RITA E. CHISHOLM | : | |
| 4221 S. 12th Road | : | |
| Arlington, VA 22204, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C. A. No.06-2174 (RBW) |
| | : | (Jury Trial Requested) |
| DISTRICT OF COLUMBIA, | : | |
| a Municipal Corporation, | : | |
| Defendant. | : | |
| | : | |

### PRAECIPE

This is to notify the court and all parties that Plaintiff Rita Chisholm has changed

her residence address. Her new home address is :

RITA CHISHOLM
3413 CARLYN HILL DRIVE #11
FALLS CHURCH, VA 22041

Please ensure the court record is updated and any notices required to be sent to the

Plaintiff directly use the above address. Plaintiff's counsel's address remains unchanged.

Respectfully Submitted,

/s/ F. Douglas Hartnett
F. Douglas Hartnett
DC Bar 466851
Elitok and Hartnett at Law, L.L.C.
2428 Wisconsin Avenue, NW
Washington, DC 20007
(202) 965-0529 (vox)
(202) 965 0530 (fax)
Counsel for Plaintiff

CERTIFICATE OF SERVICE

   I, F. Douglas Hartnett, hereby certify that the attached praecipe for File Amended Complaint, and proposed Order, was placed in the mail by U.S. Postal Service, First Class, postage paid, to the below named Counsel for the Defendant at the listed address on this 5nd Day of  July, 2007:

Ms. Toni Jackson
Assistant Attorney General
Disrtrict of Columbia Office of the Attorney General
441 - 4th Street, NW 6th floor South
Washington, DC 20001
*Counsel for Defendant*


Signed: /s/ F. Douglas Hartnett
   F. Douglas Hartnett, DC Bar #466851