IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RITA CHISHOLM, | : |
| Plaintiff, | : Case No. 06-2174 (RBW) |
| v. | : |
| DISTRICT OF COLUMBIA, | : |
| Defendant. | : |

## NOTICE OF ENTRY OF APPEARANCE

Will the Clerk of the Court please enter the appearance of Assistant Attorney General Alex Karpinski as attorney for the District of Columbia.

Respectfully submitted,

LINDA SINGER
Attorney General

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

_____/s/ Nicole Lynch___
NICOLE LYNCH [471953]
Section Chief
General Litigation Section II

_____/s/ Alex Karpinski_
ALEX KARPINSKI [1]
(Michigan Bar No. P58770)
Assistant Attorney General
441 4th Street, N.W., 6th Floor South
Washington, D.C. 20001

---

[1] Pursuant to the Local Rules of the United States District Court for the District of Columbia, Mr. Karpinski has registered with the Clerk's office as a Government Attorney and is appearing pursuant to LCvR 83.2.

alex.karpinski@dc.gov

## CERTIFICATE OF SERVICE

  I hereby certify that on this 5th day of December, 2007, I caused the foregoing PRAECIPE to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to:

    **Douglas Hartnett, Esquire**
    **Elitok & Hartnett At Law, L.L.C.**
    **2428 Wisconsin Avenue, N.W.**
    **Washington, D.C. 20007**

        ___/s/Alex Karpinski_____
        ALEX KARPINSKI [2]
        (Michigan Bar No. P58770)
        Assistant Attorney General
        441 4th St., NW, 6th Floor South
        Washington, DC 20001
        (202) 724-6642
        Fax No. (202) 727-3625
        alex.karpinski@dc.gov

---

[2] Pursuant to the Local Rules of the United States District Court for the District of Columbia, Mr. Karpinski has registered with the Clerk's office as a Government Attorney and is appearing pursuant to LCvR 83.2.