## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RITA CHISHOLM** : | |
| Plaintiff, : | |
| : | **Civil Action No. 06-2174 (RBW)** |
| v. : | (Jury Trial Requested) |
| : | |
| **DISTRICT OF COLUMBIA,** : | Date: December 7, 2007 |
| a Municipal Corporation : | |
| Defendant : | |

## CONSENT MOTION TO EXPAND TIME
## TO COMPLETE (LIMITED) DISCOVERY

Plaintiff, by and through the undersigned, hereby submits this Consent Motion to Expand Time to Complete (Limited) Discovery. The parties have completed written discovery and all but all examination by oral deposition with the exception of Plaintiff's deposition of one witness, Mr. Anthony Rainey. Mr. Rainey was an employee of Defendant, but left employment some time ago. Defendant's have provided Mr. Rainy's last known address, but Plaintiff has not been able to contact the witness, to issue subpoena, or schedule his deposition, before the close of discovery, on December 7, 2007. The Defendants have graciously consented to this Motion for the limited purpose of the taking of Mr. Rainey's deposition.

Therefore, the parties request the Court allow an additional ninety (30) days to schedule and take the remaining witnesses oral deposition. A memorandum of Points and Authorities providing further detail on the basis and need for this Motion is Attached.

                                                                                     Respectfully Submitted:

                                                                                      _____/s/_____
                                                                                      F. Douglas Hartnett
                                                                                      Elitok and Hartnett at Law, L.L.C.
                                                                                      2428 Wisconsin Avenue, NW
                                                                                      Washington, DC  20007
                                                                                       (202) 965-0529 / (202) 965 0530 (fax)
                                                                                      Counsel for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **RITA CHISHOLM** : | |
| Plaintiff, : | |
| : | **Civil Action No. 06-2174 (RBW)** |
| v. : | (Jury Trial Requested) |
| : | |
| **DISTRICT OF COLUMBIA,** : | Date: December 7, 2007 |
| a Municipal Corporation : | |
| Defendant : | |

### MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S CONSENT MOTION TO EXPAND TIME TO COMPLETE (LIMITED) DISCOVERY

In support of the Consent Motion to Expand Time to Complete (Limited) Discovery, the Plaintiff states as follows:

1. The parties have been actively engaged in written Discovery pursuant to the Scheduling Order issued in this matter on June 4, 2007. Despite these efforts however, one witness remains to be deposed, former DC Superior Courts employee, Mr. Anthony Rainey.

2. Mr. Rainey was one of the officials who recommended Plaintiff be terminated, specifically, passing on, with his endorsement, Mr. Dana Friend's termination recommendation to the Court's Executive Officer, Ms. Ann Wicks. As such, he may have information of significant relevance to each of the claims *and* defenses in this matter.

3. Both parties have agreed that this expansion is for the sole purpose of facilitating the Discovery process by allowing time to contact the witness, issue a subpoena if necessary, and scheduling and taking Mr. Rainey's deposition.

4. Allowing the Plaintiff to take Mr. Rainey's deposition is in the interest of judicial

economy, and results in no prejudice to either of the parties.

Therefore, because the Defendants consent, both parties share a desire to conduct thorough and complete Discovery in this matter and can do so by a briefly expanding the discovery period for the limited purpose of taking the deposition of the one remaining witness, Plaintiff requests the scheduling Order be amended to allow an additional thirty (30) days, or until January 7, 2008, to complete discovery.

                                          Respectfully Submitted:

                                          _____/s/_____
                                          F. Douglas Hartnett
                                          Elitok and Hartnett at Law, L.L.C.
                                          2428 Wisconsin Avenue, NW
                                          Washington, DC  20007
                                          (202) 965-0529 / (202) 965 0530 (fax)

                                          Counsel for Plaintiff

Date: December 7, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **RITA CHISHOLM** | : | |
| Plaintiff, | : | |
| | : | **Civil Action No. 06-2174 (RBW)** |
| v. | : | (Jury Trial Requested) |
| | : | |
| **DISTRICT OF COLUMBIA,** | : | Date: December 7, 2007 |
| a Municipal Corporation | : | |
| Defendant | : | |

# ORDER

Having received the Plaintiff's Consent Motion to Expand Time For (Limited) Discovery, and considering the entire Record herein, it is hereby **Ordered** that:

   1. The Motion is GRANTED;

and it is further **Ordered** that;

   2. The Discovery Period will remain open for and additional 30 days for the sole purpose of obtaining the deposition of Mr. Anthony Rainey;

and it is further **Ordered** that;

   3. Discovery in this matter shall be closed on Monday January 7, 2008;

and it is further **Ordered** that;

   4. The remaining dates on the scheduling Order issued (as Amended) remain in effect.

_____
Reggie B. Walton, District Judge

Date: December \_\_\_\_\_, 2007

-1-