UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                        :
**RITA CHISHOLM**                       :
    Plaintiff,      :
                                        :  **Civil Action No. 06-2174 (RBW)**
    v.              :  (Jury Trial Requested)
                                        :
**DISTRICT OF COLUMBIA,**               :  Date: January 4, 2008
    Defendant       :
_____:

## CONSENT MOTION TO EXPAND TIME
## TO COMPLETE (LIMITED) DISCOVERY

The Parties, by and through the undersigned, hereby submit this Consent Motion to Expand Time to Complete Discovery.  The parties have completed all discovery with the exception of Plaintiff's deposition of one witness, Mr. Anthony Rainey.  On December 13, 2007, the Court issued an Order allowing limited discovery to continue until January 7, 2008.

However, no acceptable date before January 7, 2008, could be arranged between the witness, his counsel, the plaintiff and her counsel, and the defendant's counsel.  The parties therefore request the Court allow the limited discovery be extended to January 11, 2008, when the parties and respective counsel are available and have agreed to take the witnesses deposition.  The Defendants have again graciously consented to this Motion or the limited purpose of the taking of Mr. Rainey's deposition.

Therefore, the parties request the Court allow an additional five (5) days to take the remaining witness' oral deposition.  A memorandum of Points and Authorities providing further detail on the basis and need for this Motion is Attached.

Respectfully Submitted:

_____/s/_____
F. Douglas Hartnett
2428 Wisconsin Avenue, NW
Washington, DC  20007
(202) 965-0529 / (202) 965 0530 (fax)
Counsel for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **RITA CHISHOLM** : | |
| Plaintiff, : | |
| : | **Civil Action No. 06-2174 (RBW)** |
| v. : | (Jury Trial Requested) |
| : | |
| **DISTRICT OF COLUMBIA,** : | Date: January 4, 2008 |
| Defendant : | |

### MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S CONSENT MOTION TO EXPAND TIME TO COMPLETE (LIMITED) DISCOVERY

In support of her Consent Motion to Expand Time to Complete (Limited) Discovery, Plaintiff states as follows:

1. The parties have actively engaged in written Discovery pursuant to the Scheduling Order issued in this matter on September 21, 2007.

2. On December 13, 2007 the Court granted a consent Motion to expand the Discovery period for the limited purpose of taking a final witness deposition.

3. The witness was subpoenaed, but unfortunately the witness, his counsel, the Plaintiff and her counsel, and the Defendant's counsel could not find a mutually available date until January 11, 2008.

4. All parties and counsel have now agree to conduct the deposition on January 11, 2008.

5. This requested extension need not effect the status conference currently scheduled for January 25, 2008.

Therefore, the plaintiff requests this Consent Motion for an extension of time to completed limited discovery.

                        Respectfully Submitted:

                        _____/s/_____
                        F. Douglas Hartnett
                        Elitok and Hartnett at Law, L.L.C.
                        2428 Wisconsin Avenue, NW
                        Washington, DC  20007
                        (202) 965-0529 / (202) 965 0530 (fax)

                        Counsel for Plaintiff

Date: January 4, 2008