UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
RITA CHISHOLM,                              )
                                            )
      Plaintiff,                         )
                                            )
v.                                          )   Civil Action No.  06-2174 (RBW)
                                            )
SUPERIOR COURT OF THE                       )
DISTRICT OF COLUMBIA, *et. al.*,            )
                                            )
      Defendants.                        )
_____ )

## SCHEDULING ORDER

The parties appeared before the Court on January 25, 2008, for an initial scheduling conference.  Based upon the discussions at this hearing, it is on this 28th day of January, 2008, hereby **ORDERED** that

1. This case shall be referred to mediation for further settlement discussions commencing on January 28, 2008 and concluding on March 28, 2008.  The Clerk of the Court shall furnish a copy of this Order to the Circuit Executive's Office for the purpose of assigning a mediator.  Counsel and parties, including persons with settlement authority, shall attend each mediation session.

2. Any dispositive motions shall be filed by March 28, 2008, any oppositions to such motions shall be filed by April 28, 2008, and any replies to oppositions shall be filed by May 12, 2008.

3. A pretrial conference shall be held on October 10, 2008 at 11:30 a.m. in the Chamber of Judge Reggie B. Walton at the E. Barrett Prettyman United States Courthouse, 333 Constitution Avenue, N.W., Washington, D.C. 20001.

**SO ORDERED.**

                                                                            /s/_____
                                                                          REGGIE B. WALTON
                                                                          United States District Judge