UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
RITA CHISHOLM,                    )
                                  )
    Plaintiff,                    )
                                  )
v.                                )  Civil Action No. 06-2174 (RBW)
                                  )
SUPERIOR COURT OF THE             )
DISTRICT OF COLUMBIA, *et. al.*,  )
                                  )
    Defendants.                   )
_____)

### ORDER

In accordance with the Court's rulings in its Memorandum Opinion filed contemporaneously herewith, it is hereby

**ORDERED** that the plaintiff's motion for leave to file a second amended complaint is **GRANTED**. It is further

**ORDERED** that the plaintiff shall file her second amended complaint by February 19, 2008.

**SO ORDERED** on this 12th day of February, 2008.

                                                      /s/_____
                                                     REGGIE B. WALTON
                                                     United States District Court Judge