IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RITA CHISHOLM,<br><br>    v.<br><br>DISTRICT OF COLUMBIA,<br><br>    District. | Case No. 06-2174 (RBW) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Will the Court please **withdraw and terminate** the appearance of Assistant Attorney General Toni Michelle Jackson on behalf of the Defendant District of Columbia.

Dated: March 31, 2008

    Respectfully submitted,

    PETER J. NICKLES
    Interim Attorney General

    GEORGE C. VALENTINE
    Deputy Attorney General, Civil Litigation Division


        /s/Toni Michelle Jackson
    TONI MICHELLE JACKSON (453765)
    Interim Chief, General Litigation Section III
    441 Fourth Street, N.W., Suite 6S065
    Washington, D.C. 20001
    (202) 724-6602
    (202) 727-3625 (fax)
    E-mail: toni.jackson@dc.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of March, 2008, I caused the foregoing Notice of Withdrawal of Appearance to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to:

F. DOUGLAS HARTNETT, ESQUIRE
ELITOK & HARTNETT AT LAW, L.L.C.
2428 WISCONSIN AVENUE, N.W.
WASHINGTON, D.C. 20007

**ALEX KARPINSKI, ESQUIRE**
**ASSISTANT ATTORNEY GENERAL**
**D.C. OFFICE OF THE ATTORNEY GENERAL**
**441 4TH STREET, NW, STE. 600S**
**WASHINGTON, D.C. 20001**

      /s/Toni Michelle Jackson
TONI MICHELLE JACKSON
Interim Chief, General Litigation Section III