# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

———————————————————— :
:
**RITA CHISHOLM** :
   Plaintiff, :
:   **Civil Action No. 06-2174 (RBW)**
     v. : (Jury Trial Requested)
:
**DISTRICT OF COLUMBIA,** :   Date: April 25, 2008
   Defendant :
———————————————————— :

## JOINT MOTION TO AMEND SCHEDULING ORDER

   The Parties, by and through the undersigned Counsel, hereby submit this Joint Motion to amend the Scheduling Order in the above captioned matter. This Motion is necessitated by the filing of the Second Amended Complaint *after* the deadline for the Defendant's Summary Judgment Motion. Because the Second Amended Complaint was not filed until after the defendant filed its Summary Judgment Motion, the original deadlines in the Scheduling Order need to be amended. Therefore, the parties request that the Court amend the scheduling Order to allow the defendant to address all the claims now before the Court in its Summary Judgment Motion and for the Plaintiff to respond in a similar fashion. A Memorandum of Points and Authorities fully explaining this request is attached.

   Respectfully Submitted:


   _____/s/_____
   F. Douglas Hartnett
   2428 Wisconsin Avenue, NW
   Washington, DC  20007
   (202) 965-0529 / (202) 965 0530 (fax)
   Counsel for Plaintiff


   PETER J. NICKLES
   Interim Attorney General
   District of Columbia


   GEORGE C. VALENTINE
   Deputy Attorney General
   Civil Litigation Division

___/s/ Nicole Lynch_____
 NICOLE LYNCH [471953]
 Section Chief
 General Litigation Section II


____/s/ Alex Karpinski_____
ALEX KARPINSKI 1
(Michigan Bar No. P58770)
Assistant Attorney General
441 4th Street, N.W., 6th Floor South
Washington, D.C.  20001
alex.karpinski@dc.gov

---

1 Pursuant to the Local Rules of the United States District Court for the District of Columbia, Mr. Karpinski has registered with the Clerk's office as a Government Attorney and is appearing pursuant to LCvR 83.2.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                        :
RITA CHISHOLM                           :
            Plaintiff,                  :
                                        :        Civil Action No. 06-2174 (RBW)
                    v.                  :        (Jury Trial Requested)
                                        :
DISTRICT OF COLUMBIA,                   :        Date: April 27, 2008
            Defendant                   :
_____:

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF JOINT MOTION TO REVISE SCHEDULING ORDER

In support of the Joint Motion to Revise the Scheduling Order, the Parties state as follows:

1. On January 29, 2008, the Court issued a Scheduling Order setting the date for Dispositive Motions as March 28, 2008, Plaintiff's Opposition for April 28, 2008 and Defendant's Reply for May 12, 2008. (Docket document 20)

2. On February 12, 2008, the Court issued an Order granting the Plaintiff's Motion to Amend /Correct with a second amended complaint and ordered that the amended complaint be filed by February 19, 2008. (Docket document 21).

3. On March 28, 2008, the defendant filed its Summary Judgment motion. (Docket document 23)

4. For reasons that, for the purposes of this Joint Motion, remain unclear, the Amended Complaint was not actually filed until April 4, 2008, when it was filed by the Clerk's Office.[1]

_____
[1] The following facts are provided/asserted by Counsel for the Plaintiff to explain why the Amended Complaint was not filed until April 4, 2008. As such, the Defendants DO NOT stipulate to this version of events, and remain free to address whether the Second Amended Complaint is properly before the Court at this time in its Summary Judgment Motion: Plaintiff's Counsel was contacted by the Clerk's Office following the February 12th Order Granting the Motion to Amend. The Clerk's office inquired whether Counsel planned to file the

1

5.  Because the Amended Complaint was not filed before its Summary Judgement Motion was due, the Defendant did not address the claim for Wrongful Termination in the second Amended Complaint.

6.  Upon receiving the Summary Judgment Motion from Defendant, Plaintiff's Counsel called the Clerk's Office to inquire why the Amended Complaint had not been filed and requested that the Clerk file the Amended Complaint, which the Clerk did.

## **ARGUMENT**

It is clearly unfair to the Defendant that it was not given the opportunity to address the Amended Complaint claims in its Motion for Summary Judgment.  Regardless of the reason for the delay in filing the Amended Complaint, it is now on the record before the Court and the Defendant deserves the opportunity to address whether it is properly before the Court, and if so, on its merits.

For the Plaintiff, the same reasoning applies.  If the Defendant challenges the propriety of the Amended Complaint, or challenge it on the merits, she must be allowed an opportunity to respond.

The piecemeal consideration of the Summary Judgment Motion already filed and the response due from the Plaintiff on April 28, 2008, followed, almost certainly, by a Motion from the Defendant to be allowed to file a dispositive motion with regard to the amended complaint claims now on the record, and another Response from Plaintiff, would be contrary to economy and clarity.  It would be far more efficient and equitable for the Court to consider all the claims in one round of dispositive Motions.

---

motion himself or if the Clerk's Office should do so.  Counsel requested that the Clerk's Office file the Second Amended Complaint that had been attached to the Motion to Amend.  Plaintiff's Counsel was not aware that it had not been filed until he received the Defendant's Summary Judgment Motion, and contacted the Clerk's Office.

Because of the circumstances, the parties agree that the most efficient and fair solution is to allow the Defendant to file a revised dispositive Motion which addresses the Amended Complaint claims as well as those already in its Motion for Summary Judgment, filed on March 28, 2008.  The Plaintiff can then file its Opposition to a properly comprehensive dispositive motion, the defendant can file a Reply, and the Court can consider all the issues at one time.

## CONCLUSION

The parties therefore request that the Scheduling Order be revised to allow the Defendant to address the issues raised by the Second Amended Complaint and the Plaintiff be allowed to respond to all issues and arguments raised by the Defendant in a comprehensive dispositive Motion.   Attached is a proposed Order permitting revised dispositive motions and responses which does not effect the pre-trial conference date, currently set for October 10, 2008.

Respectfully Submitted:

_____/s/_____
F. Douglas Hartnett
Elitok and Hartnett at Law, L.L.C.
2428 Wisconsin Avenue, NW
Washington, DC  20007
(202) 965-0529 / (202) 965 0530 (fax)
Counsel for Plaintiff

PETER J. NICKLES
Interim Attorney General
District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

__/s/ Nicole Lynch_____
NICOLE LYNCH [471953]
Section Chief
General Litigation Section II

3

_____/s/ Alex Karpinski_____

ALEX KARPINSKI [2]
(Michigan Bar No. P58770)
Assistant Attorney General
441 4th Street, N.W., 6th Floor South
Washington, D.C.  20001
alex.karpinski@dc.gov


Date: April 27, 2008

---

[2] Pursuant to the Local Rules of the United States District Court for the District of Columbia, Mr. Karpinski has registered with the Clerk's office as a Government Attorney and is appearing pursuant to LCvR 83.2.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                                          :
**RITA CHISHOLM**                                  :
                            Plaintiff,              :
                                                          :    **Civil Action No. 06-2174 (RBW)**
                            v.                      :    (Jury Trial Requested)
                                                          :
**DISTRICT OF COLUMBIA,**                  :
                            Defendant             :
_____:


**SCHEDULING ORDER**

In consideration of the Joint Motion to revise the Scheduling Order issued on January 28,

2008, by the Parties it is hereby **ORDERED**:

            That the Defendant's dispositive Motion must be filed no later than May 30,

2008;

            That the Plaintiff's Response must be filed no later than June 30, 2008;

            That the Defendant's Reply be filed no later than July 15, 2008.


**SO ORDERED**, on this _____ day of _____, 2008


                                                            _____
                                                              REGGIE B. WALTON
                                                              United States District Court Judge